STATE of Missouri, ex rel. MISSOURI HIGHWAY AND TRANSPORTATION COMMISSION, Plaintiff/Respondent,

v.

The CLARKSON GROUP, et al. Exceptions of the Clarkson Group, et al., Defendants/Appellants.

No. 67538.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 28, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 29, 1996.

Application to Transfer Denied
March 26, 1996.

David O. Danis, Paul J. Vaporean, Danis, Cooper, Cavanagh & Hartweger, St. Louis, for appellant.

Laura A. Schildz, Rich Tiemeyer, Chesterfield, for respondent.

Before AHRENS, P.J., and PUDLOWSKI and GRIMM, JJ.

## ORDER

PER CURIAM.

In this condemnation action, owner appeals arguing the trial court erred in giving a withdrawal instruction requiring the jury to disregard portions of testimony by owner's expert witness. Owner also appeals the admission into evidence of a lease on Parcel One. Finally, owner contends the jury's verdict was against the weight of the evidence.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).